UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

LG Electronics Inc., et al.
                              Plaintiff,

v.                                        Case No.: 1:21−cv−02600
                                        Honorable Mary M. Rowland

Partnerships and unincorporated Associations Identified in Schedule A
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 18, 2021:

    MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' motion for leave to file under seal [4] and Plaintiffs' motion to exceed page limitation [5] are granted. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.