# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

LG Electronics Inc., et al.

                                        Plaintiff,

v.                                                   Case No.: 1:21−cv−02600

                                                  Honorable Mary M. Rowland

Partnerships and unincorporated Associations Identified in Schedule A

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 18, 2021:

    MINUTE entry before the Honorable Mary M. Rowland: Motions to appear pro hac vice by Parmanand K. Sharma [11], Aidan C. Skoyles [12], Joseph Preston Long [13], Charles H. Suh [14] are granted. Counsel are reminded to become familiar with this court#039;s local rules (including the rules requiring local counsel and describing this court's trial bar). Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.