# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS INC. AND<br>LG ELECTRONICS ALABAMA, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>*Defendants*. | Case No. 1:21-cv-02600<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge Heather K. McShain |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Plaintiffs LG Electronics Inc. and LG Electronics Alabama, Inc., by their counsel, have filed Plaintiffs' Motion for Entry of an *ex parte* (1) Temporary Restraining Order; (2) Asset Restraining Order; (3) Expedited Discovery Order; and (4) Service of Process by Email in an action arising out of 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. §§ 271, 281, 283, 284, and 285.

Pursuant to Tenth Amended General Order 20-0012, Plaintiffs have not noticed the Motions for a hearing, but Plaintiffs are available for a telephonic hearing if requested by the Court.

4831-6414-5642

DATED: May 20, 2021                    Respectfully submitted,

/s/ *Lynn H. Murray*
SHOOK, HARDY & BACON LLP
Lynn H. Murray (IBN 6191802)
lhmurray@shb.com
Ian M. Hansen (IBN 6329781)
ihansen@shb.com
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766
Fax: (312) 558-1195


FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
Parmanand K. Sharma (*pro hac vice*)
anand.sharma@finnegan.com
Aidan C. Skoyles (*pro hac vice*)
Aidan.skoyles@finnegan.com
J. Preston Long (*pro hac vice*)
j.preston.long@finnegan.com
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
Charles H. Suh (*pro hac vice*)
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

*Counsel for Plaintiffs*
*LG Electronics Inc. and*
*LG Electronics Alabama, Inc.*