# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LG ELECTRONICS INC. AND
LG ELECTRONICS ALABAMA, INC.

CASE NUMBER: 1:21-cv-02600

V.

ASSIGNED JUDGE: Honorable Mary M. Rowland

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A

DESIGNATED
MAGISTRATE JUDGE: Honorable Heather K. McShain

TO: (Name and address of Defendant)

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Aidan Skoyles
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave NW
Washington, DC 20001
aidan.skoyles@finnegan.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



June 10, 2021

_____

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>June 10, 2021 |
| NAME OF SERVER *(PRINT)*<br>Aidan C. Skoyles | TITLE<br>Attorney of Record |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I sent e-mails to the Defendant email addresses provided by Amazon.com. The e-mails attached the Complaint, Summons, TRO, extension, patent, and provided access via link to all related exhibits.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL<br>$0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 10, 2021          Skoyles, Aidan          Digitally signed by Skoyles, Aidan
                    Date                *Signature of Server*      Date: 2021.06.10 15:10:42 -04'00'

901 New York Ave NW Washington, DC 20001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LG ELECTRONICS INC. AND<br>LG ELECTRONICS ALABAMA, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>*Defendant*. | Case No. 1:21-cv-2600<br><br>Judge: Mary M. Rowland<br><br>Magistrate Judge: Heather K. McShain |

## DECLARATION OF AIDAN C. SKOYLES

I, Aidan C. Skoyles, hereby declare as follows:

1. I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, located at 901 New York Ave NW, Washington, District of Columbia 20001 and represent the Plaintiffs, LG Electronics Inc. and LG Electronics Alabama, Inc., in the above-referenced action. I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On May 26, 2021, this Court entered a Temporary Restraining Order (Dkt. No. 21) permitting Plaintiffs to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by sending an e-mail with attachments to any e-mail addresses provided for Defendants by third parties and/or to any e-mail addresses provided for Defendants by Amazon.

3. On May 27, 2021, I had the Temporary Restraining Order with an accompanying cover letter sent to Amazon via FedEx, USPS, and process server.

4. On June 4, 2021, I received first contact from Amazon's outside counsel indicating that Amazon would be providing information regarding the Defendants in the coming week.

5. On June 8, 2021, I submitted a declaration in support of Plaintiffs' motion for an extension of the Temporary Restraining Order. (Dkt. No. 23.)

6. On June 9, 2021, I received contact from Amazon's outside counsel providing email addresses for the Defendants in this case.

7. On June 10, 2021, I sent e-mails to the e-mail addresses provided for Defendants by Amazon's outside counsel, attaching the Complaint, Summons, Temporary Restraining Order, extension, and patent at issue, and a link to exhibits for the Complaint and Temporary Restraining Order pleadings.

8. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2021, in Washington, DC

*/s/Aidan C. Skoyles*
Aidan C. Skoyles