## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: LG ELECTRONICS INC. AND LG ELECTRONICS ALABAMA, INC. v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A

Case Number: 1:21-cv-02600

An appearance is hereby filed by the undersigned as attorney for:

Express Parts !!!, GLACIERFRESH. Korezo Filter, Pureza Filters

Attorney name (type or print): Angus Ni

Firm: AFN Law PLLC

Street address: 506 2nd Ave, Suite 1400

City/State/Zip: Seattle, WA, 98104

Bar ID Number: 53828
(See item 3 in instructions)

Telephone Number: (646) 453-7294

Email Address: angus@afnlegal.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ✔ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/16/2021

Attorney signature: S/ Angus Ni
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015