## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: LG Electronics Inc. and LG Electronics Alabama, Inc. v. The Partnerships and Unidentified Corporate Association Listed in Schedule A

Case Number: 21-cv-2600

An appearance is hereby filed by the undersigned as attorney for:
Defendants Qingdao Ecopure Filter Co., Ltd., d/b/a WaterdropDirect; Qingdao Maxwell Commercial and Trading Company Ltd., d/b/a Water Purity Expert; and Qingdao Youniwei shang mao you xian gong si, a/k/a Uniwell Trading Co., Ltd., d/b/a Uniwell Filter

Attorney name (type or print):   Steven P. Mandell

Firm:   Mandell Menkes LLC

Street address:   1 North Franklin Street, Suite 3600

City/State/Zip:   Chicago, IL 60606

Bar ID Number: 6183729
(See item 3 in instructions)

Telephone Number: (312) 251-1000

Email Address: smandell@mandellmenkes.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 17, 2021

Attorney signature:   S/ Steven P. Mandell
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015