IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS INC. AND<br>LG ELECTRONICS ALABAMA, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>                    Defendants. | Case No. 2021-cv-2600<br><br>Mary Margaret Rowland |

## ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO DISSOLVE THE *EX PARTE* TRO AND PRELIMINARY INJUNCTION

On this date the Court heard Defendants Express Parts !!!, GLACIERFRESH, Kozero Filter, Pureza Filters' (together, "**Moving Defendants**") Motion to Dissolve The *Ex Parte* Temporary Restraining Order and Preliminary Injunction. After reviewing the motion and hearing oral argument from counsel for Moving Defendants and Plaintiffs LG Electronics Inc. and LG Electronics Alabama, Inc. (together, "Plaintiffs"), the Court hereby grants the motion and dissolves the Temporary Restraining Order and Preliminary Injunction with respect to the Moving Defendants **only**. This Court further orders that:

1. Amazon.com shall **immediately** unfreeze and relist on Amazon.com the Moving Defendants' Amazon storefront accounts previously frozen by order of this court upon receipt of this Order, such that these storefronts shall immediately be active on Amazon.com and be able to conduct sales of all products listed within these storefronts.

2. Plaintiffs shall cooperate with Defendants supply Amazon with the Order stated in paragraphs 2 herein.

3. The parties shall reappear before the Court on July 9, 2021, 11:00 AM Central Time to provide a status update.

IT IS SO ORDERED,

Dated: June 17, 2021

_____

Mary M. Rowland
United States District Judge