# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: LG Electronics Inc. v Partnerships and unincorporated Associations Identified in Schedule A

Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:
(See item 3 in instructions)

Telephone Number:

Email Address:

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | |
| Are you acting as local counsel in this case? | | |
| Are you a member of the court's trial bar? | | |
| If this case reaches trial, will you act as the trial attorney? | | |

If this is a criminal case, check your status.

Retained Counsel

Appointed Counsel
If appointed counsel, are you a
Federal Defender
CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:    S/_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015