## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LG Electronics Inc., et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:21-cv-02600 |
| | ) | |
| | ) | Honorable Mary M. Rowland |
| Partnerships and unincorporated | ) | |
| Associations Identified in Schedule A | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' MOTION UNDER RULE 65 TO DISSOLVE *EX PARTE* TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendants Qingdao Ecopure Filter Co., Ltd., Qingdao Maxwell Commercial and Trading Company Ltd., and Qingdao Youniwei Trading Co., Ltd. (collectively the "Ecopure Defendants"), owners of storefronts WaterdropDirect, Water Purity Expert, and Uniwell Filter, respectively, hereby move to dissolve the *ex parte* temporary restraining order and preliminary injunction granted to Plaintiffs LG Electronics Inc. and LG Electronics Alabama, Inc. on June 15, 2021. ECF No. 29. As explained in the accompanying Memorandum in Support, the Court should dissolve and deny the *ex parte* injunctive relief because plaintiffs, at a minimum, failed to satisfy the notice requirement of Fed. R. Civ. P. 65 and cannot demonstrate a likelihood of success on the merits or irreparable harm.

Respectfully submitted,

Date: June 25, 2021

/s/ Steven P. Mandell
Steven P. Mandell (ARDC #6183729)
smandell@mandellmenkes.com
George V. Desh (ARDC #6305733)
gdesh@mandellmenkes.com
MANDELL MENKES LLC
1 North Franklin Street, Suite 3600
Chicago, IL 60606
(312) 251-1001 (Telephone)

(312) 251-1010 (Facsimile)

Todd R. Tucker (0065617) (*seeking pro hac vice*)
ttucker@calfee.com
Joshua M. Ryland (0071758) (*seeking pro hac vice*)
jryland@calfee.com
Yizhou (Brad) Liu (0093842)
bliu@calfee.com
Ashley J. Earle (0093664) (*seeking pro hac vice*)
aearle@calfee.com
Joshua A. Friedman (0091049) (*seeking pro hac vice*)
jfriedman@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 E. 6th Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216-241-0816 (Facsimile)

***Attorneys for Defendants Qingdao Ecopure Filter Co., Ltd., Qingdao Maxwell Commercial and Trading Company Ltd., and Qingdao Youniwei Trading Co., Ltd.***

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on this 25th day of June 2021 and served electronically on Plaintiff's counsel of record.

_/s/_ Steven P. Mandell