**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| LG Electronics Inc., et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No.: 1:21-cv-02600 |
| | ) | |
| Partnerships and unincorporated | ) | Honorable Mary M. Rowland |
| Associations Identified in Schedule A | ) | |
| | ) | |
| Defendant. | ) | |

---

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 26.2, Defendants Qingdao Ecopure Filter Co., Ltd., Qingdao Maxwell Commercial and Trading Company Ltd., and Qingdao Youniwei Trading Co., Ltd. (the "Ecopure Defendants," owners of Amazon storefronts WaterdropDirect, Water Purity Expert, and Uniwell Filter, respectively) respectfully move for leave to file under seal Defendants' Memorandum in Support of Motion Under Rule 65 to Dissolve *Ex Parte* Temporary Restraining Order and Preliminary Injunction and the accompanying Exhibit 19 (Zou Declaration).

Sealing these filings is necessary to prevent the public disclosure of the Ecopure Defendants' confidential commercial sales information, financial data, and other confidential information, all of which constitutes valuable trade secrets of the Ecopure Defendants. Local Rule 26.2(b) provides "[t]he court may for good cause shown enter an order directing that one or more documents be filed under seal." The Ecopure Defendants' brief and declaration contains confidential commercial sales information, confidential financial data, and other trade secret information that, if disclosed to the public (including the other defendansts in this case), would damage the Ecopure Defendants' competitive position and business. Information constitutes

trade secret if it is (1) "not generally known in the industry," and (2) used in the defendants' business. *Composite Marine Propellers, Inc. v. Van Der Woude*, 962 F.2d 1263, 1265-66 (7th Cir. 2002). Given that the Ecopure Defendants' information constitutes trade secrets as defined, the Ecopure Defendants respectfully request that it be permitted to file these materials under seal.

Date: June 25, 2021 /s/ Steven P. Mandell

Steven P. Mandell (ARDC #6183729)
smandell@mandellmenkes.com
George V. Desh  (ARDC #6305733)
gdesh@mandellmenkes.com
MANDELL MENKES LLC
1 North Franklin Street, Suite 3600
Chicago, IL 60606
(312) 251-1001 (Telephone)
(312) 251-1010 (Facsimile)

Todd R. Tucker (0065617) (*seeking pro hac vice*)
ttucker@calfee.com
Joshua M. Ryland (0071758) (*seeking pro hac vice*)
jryland@calfee.com
Yizhou (Brad) Liu (0093842)
bliu@calfee.com
Ashley J. Earle (0093664) (*seeking pro hac vice*)
aearle@calfee.com
Joshua A. Friedman (0091049) (*seeking pro hac vice*)
jfriedman@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 E. 6th Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216-241-0816 (Facsimile)

***Attorneys for Defendants Qingdao Ecopure Filter Co., Ltd., Qingdao Maxwell Commercial and Trading Company Ltd., and QingdaoYouniwei Trading Co., Ltd.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on this 25th day of June 2021 and served electronically on Plaintiff's counsel of record.

*/s/ Steven P. Mandell*