UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LG Electronics Inc., et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:21-cv-02600 |
| | ) | |
| | ) | Honorable Mary M. Rowland |
| Partnerships and unincorporated | ) | |
| Associations Identified in Schedule A | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION UNDER RULE 65 TO DISSOLVE *EX PARTE* TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION