UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG Electronics Inc., et al. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:21-cv-02600 |
| ) | |
| ) | Honorable Mary M. Rowland |
| Partnerships and unincorporated ) | |
| Associations Identified in Schedule A ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF TODD R. TUCKER**

1. I, Todd R. Tucker, submit this Declaration on behalf of Defendants Qingdao Ecopure Filter Co. ("Ecopure"), Ltd., Qingdao Maxwell Commercial and Trading Company Ltd. ("Maxwell"), and Qingdao Youniwei Trading Co., Ltd. ("Uniwell") (collectively "Defendants") in support of Defendants' Motion Under Rule 65 to Dissolve Ex Parte Temporary Restraining Order and Preliminary Injunction.

2. I am a Partner at the law firm Calfee, Halter & Griswold LLP.

3. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

4. Attached as **Ex. 1** to this Declaration is a true and correct copy of an Amazon Notification to Ecopure dated June 5, 2021.

5. Attached as **Ex. 2** to this Declaration is a true and correct copy of Amazon Notification to Maxwell dated June 5, 2021.

6. Attached as **Ex. 3** to this Declaration is a true and correct copy of Amazon Notification to Uniwell dated June 5, 2021.

2

7.      Attached as **Ex. 4** to this Declaration is a true and correct copy of correspondences between Ecopure's counsel Mr. Ryland and Plaintiff LG's counsel Mr. Skoyles from June 7 to June 10, 2021.

8.      Attached as **Ex. 5** to this Declaration is a true and correct copy of an email service dated June 10, 2021 from LG to Ecopure.

9.      Attached as **Ex. 6** to this Declaration is a true and correct copy of an email service dated June 10, 2021 from LG to Maxwell.

10.     Attached as **Ex. 7** to this Declaration is a true and correct copy of an email service dated June 10, 2021 from LG to Uniwell.

11.     Attached as **Ex. 8** to this Declaration is a true and correct copy of correspondences between Ecopure's counsel and Mr. Rinker of LG dated July 16 to September 8, 2020.

12.     Attached as **Ex. 9** to this Declaration is a true and correct copy of a letter dated October 19, 2020 between Ecopure/Maxwell's counsel and Amazon, citing correspondences between Ecopure's counsel and LG's agent.

13.     Attached as **Ex. 10** to this Declaration is a true and correct copy of a letter dated July 20, 2020 from Mr. Rinker of LG to Ecopure's counsel.

14.     Attached as **Ex. 11** to this Declaration is a true and correct copy of a screenshot of the meaning of "symmetrical" on LEXICO.com (online Oxford Dictionary), retrieved on June 25, 2021 at my direction.

15.     Attached as **Ex. 12** to this Declaration is a true and correct copy of a portion of the prosecution history of U.S. Patent No. 10,653,984, including Amendment filed on November 18, 2019 responding to an Office Action dated August 19, 2019.

16. Attached as **Ex. 13** to this Declaration is a true and correct copy of U.S. Patent No. 10,071,326.

17. Attached as **Ex. 14** to this Declaration is a true and correct copy of a general NSF Certificate to Ecopure.

18. Attached as **Ex. 15** to this Declaration is an excerpt of a true and correct copy of a NSF 42 Certificate to Ecopure, covering the 6046 filter.

19. Attached as **Ex. 16** to this Declaration is an excerpt of a true and correct copy of a NSF 53 Certificate to Ecopure, covering the 6046 filter.

20. Attached as **Ex. 17** to this Declaration is an excerpt of a true and correct copy of a NSF 401 Certificate to Ecopure, covering the 6046 filter.

21. Attached as **Ex. 18** to this Declaration is an excerpt of a true and correct copy of a NSF 372 Certificate to Ecopure, covering the 6046 filter.

22. Attached as **Ex. 19** to this Declaration is a true and correct copy of the Declaration of Zhibin Zou.

I, Todd R. Tucker, declare under penalty of perjury that the foregoing Declaration is true and correct.

Dated: June 25, 2021                  /s/ *Todd R. Tucker*
                                               Todd R. Tucker