**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LG ELECTRONICS INC. AND LG ELECTRONICS ALABAMA, INC., *Plaintiffs*, v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A *Defendant*. | Case No. 1:21-cv-2600 Judge: Mary M. Rowland Magistrate Judge: Heather K. McShain |

**ORDER**

On July 1, 2021, the Court heard Defendants Qingdao Ecopure Filter Co., Ltd. (named in the Complaint as "WaterdropDirect,"), Qingdao Maxwell Commercial and Trading Company Ltd. (named in the Complaint as "Water Purity Expert"), and Qingdao Uniwell Trading Co., Ltd.'s (named in the Complaint as "Uniwell Filter") (collectively, the "Ecopure Defendants"), as well as Defendants Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME~ d/b/a GOLDEN ICEPURE ("Healthy Home"), Top Pure (USA) Inc. d/b/a as ICEPURE, W&L Trading LLC d/b/a AQUALINK, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS (collectively, "Healthy Home Defendants") WaterdropDirect, Uniwell Filter, and Water Purity Expert (together, "**Moving Defendants**") Motions Under Rule 65 to Dissolve Ex Parte Temporary Restraining Order and Preliminary Injunction filed as Dkt Nos. 53 and 64. After reviewing the motions and hearing oral argument from the Moving Defendants and Plaintiffs LG Electronics Inc. and LG Electronics Alabama,

Inc. (together, "Plaintiffs"), the Court hereby **GRANTS** the Moving Defendants' Motions (Dkt. Nos. 53, 64). Accordingly, the Court Orders that:

1. The Preliminary Injunction (Dkt. No. 28) is hereby lifted for a period of 28 days solely with respect to the Moving Defendants.

2. During that 28-day period, Plaintiffs are permitted to serve discovery and parties are encouraged to engage in informal discovery. Plaintiff shall issue discovery requests to Defendants by 7/2/21. Defendants shall respond to discovery requests by 7/13/21.

3. Amazon.com shall immediately unfreeze and relist on Amazon.com the Moving Defendants' Amazon storefront accounts previously frozen by order of this court upon receipt of this Order, such that these storefronts shall immediately be active on Amazon.com and be able to conduct sales of all products listed within these storefronts.

4. Plaintiffs shall cooperate with Defendants to supply Amazon with the Order stated in paragraphs 3 herein.

5. The parties shall appear before the Court for a status hearing on July 29, 2021.

IT IS SO ORDERED

_Mary M Rowland_
_____
Honorable Mary M. Rowland