# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS INC. AND<br>LG ELECTRONICS ALABAMA, INC., )<br><br>    Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A<br><br>    Defendants. | CASE NO. 2021-CV-2600<br><br>Judge: Mary M. Rowland |

## DEFENDANTS W&L TRADING LLC AND TOP PURE (USA), INC.'s
## MOTION TO TRANSFER

Pursuant to Rule 12(b)(3), Federal Rules of Civil Procedure, Defendants W&L Trading LLC d/b/a AQUALINK ("W&L") and Top Pure (USA) Inc. d/b/a as ICE PURE ("Top Pure") respectfully move the Court to transfer this action to Texas and California respectively because venue is improper in this district or any other district in Illinois, under 28 U.S.C. § 1400. As explained in the accompanying Memorandum in Support, this action must be transferred or dismissed because W&L and Top Pure reside in Texas and California, respectively, and neither have a regular and established place of business in Illinois.

Dated: July 14, 2021  Respectfully Submitted,

*/s/ Philip Andrew Riley*
Philip Andrew Riley (Trial Bar No. 65871)
ariley@meimark.com
Laurence M. Sandell (admission pending)
lsandell@meimark.com
Jiwei Zhang (*pro hac vice* to be submitted)
jzhang@meimark.com
MEI & MARK LLP
818 18th Street NW, Suite 410
Washington, DC 20006
Telephone: 888-860-5678
Facsimile: 888-706-1173

*Counsel for Defendants W&L Trading LLC and Top Pure (USA) Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on this 14th day of July 2021 and served electronically on Plaintiffs' counsel of record.

                                                By: */s/Philip Andrew Riley*