IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS INC. AND<br>LG ELECTRONICS ALABAMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A<br><br>Defendants. | CASE NO. 2021-CV-2600<br><br>DECLARATION OF YING LU IN<br>SUPPORT OF DEFENDANTS W&L<br>TRADING LLC AND TOP PURE (USA),<br>INC.'s MOTION TO TRANSFER |

I, Ying Lu, declare as follows:

1. This declaration is based on my personal knowledge of the facts stated herein or on business records that were made at the time in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the manager for W&L Trading LLC d/b/a as AQUALINK.

3. W&L Trading was formed in the state of Texas on January 4, 2017. W&L's principal address is 1827 Peppervine Rd, Frisco, TX, 75033.

4. W&L does not have any presence in the state of Illinois. W&L does not have any employees, salespeople, distributors, agents, bank accounts, or real estate in the state of Illinois. W&L does not own, lease, or use any office located in the state of Illinois.

5. W&L sells its products through Amazon. Neither I nor anyone on my company's behalf has ever directed our promotions to target consumers in the state of Illinois. To my knowledge, Amazon simply advertises and sells our products to anyone who wants to buy them, wherever they are.

6. W&L does not represent in its promotional material or anywhere else that it has a place of business located in Illinois.

7. I do not speak English but can read it with the aid of translation software. I reviewed this declaration in this manner and with English-fluent colleagues.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Signed: July 13, 2021     By: Ying Lu