# EXHIBIT 1

Case: 1:21-cv-02600 Document #: 81-4 Filed: 07/14/21 Page 2 of 5 PageID #:2089

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802617559 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 4, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32062481604 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** W & L Trading LLC
**Address:** 833 E ARAPAHO RD STE 203
Richardson, TX 75081-2269 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 707222640002 | Certificate of Formation | January 4, 2017 | January 4, 2017 | No | 2 |
| | 731020430002 | Certificate of Amendment | April 25, 2017 | April 25, 2017 | No | 3 |
| | 780801180002 | Certificate of Amendment | December 12, 2017 | December 12, 2017 | No | 3 |
| | 957832300001 | Public Information Report (PIR) | December 31, 2019 | March 22, 2020 | No | 2 |
| | 1027048340001 | Public Information Report (PIR) | December 31, 2020 | February 9, 2021 | No | 1 |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 6 2 4 8 1 6 0 4

■ Report year: 2 0 2 0

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name: **W&L Trading LLC**

■ ○ Blacken circle if the mailing address has changed.

Mailing address: **1827 Peppervine Rd**
City: **Frisco**  State: **TX**  ZIP code plus 4: **75033**

Secretary of State (SOS) file number or Comptroller file number: **0802617559**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **1827 Peppervine Rd, Frisco, TX, 75033**
Principal place of business: **1827 Peppervine Rd, Frisco, TX, 75033**

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| LIN SHAO | DIRECTOR | ● YES | |

Mailing address: **1827 PEPPERVINE RD**  City: **FRISCO**  State: **TX**  ZIP Code: **75033**

| Name | Title | Director | Term expiration |
|---|---|---|---|
| | | ○ YES | |

Mailing address:  City:  State:  ZIP Code:

| Name | Title | Director | Term expiration |
|---|---|---|---|
| | | ○ YES | |

Mailing address:  City:  State:  ZIP Code:

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)
Agent:
Office:                    City:            State:     ZIP Code:

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶  **Jun Lu**  Title: **President**  Date: **10/14/2020**  Area code and phone number: **( 510 ) 505 - 4707**

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802617559 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 4, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32062481604 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** W & L Trading LLC
**Address:** 833 E ARAPAHO RD STE 203
Richardson, TX 75081-2269 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| February 9, 2021 | LIN SHAO | DIRECTOR | 1827 PEPPERVINE RD FRISCO, TX 75033 USA |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Case: 1:21-cv-02600 Document #: 81-4 Filed: 07/14/21 Page 5 of 5 PageID #:2092

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802617559 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 4, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32062481604 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | W & L Trading LLC | | |
| **Address:** | 833 E ARAPAHO RD STE 203 Richardson, TX 75081-2269 USA | | |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| Kaiguo Lu | 833 E Arapaho Rd., Suite 203 Richardson, TX 75081 USA | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.