# EXHIBIT 2

**Dr. Shirley N. Weber**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, June 6, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3893258    TOP PURE (USA), INC.

| | |
|---|---|
| **Registration Date:** | 04/04/2016 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JUN LU<br>3717 SAN GABRIEL RIVER PARKWAY, #A<br>PICO RIVERA CA 90660 |
| **Entity Address:** | 3717 SAN GABRIEL RIVER PARKWAY, #A<br>PICO RIVERA CA 90660 |
| **Entity Mailing Address:** | 3717 SAN GABRIEL RIVER PARKWAY, #A<br>PICO RIVERA CA 90660 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of April.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 02/24/2021 | |
| SI-COMPLETE | 05/06/2016 | |
| REGISTRATION | 04/04/2016 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**    **New Search**    **Back to Search Results**

Case: 1:21-cv-02600 Document #: 81-5 Filed: 07/14/21 Page 3 of 4 PageID #:2095

**California Secretary of State**

Electronic Filing



FILED

Secretary of State
State of California

## Corporation - Statement of Information No Change

Entity Name:

Entity (File) Number:

File  Date:

Entity Type:     Corporation

Jurisdiction:

Document ID:

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: