# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: LG ELECTRONICS INC. et al v. THE PARTNERSHIPS AND UNINCORPORATED

Case Number: 2021-cv-2600

An appearance is hereby filed by the undersigned as attorney for:

Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a HEALTHY HOME; W&L Trading LLC d/b/a AQUALINK; Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a PUREPLUS; Top Pure (USA) Inc. d/b/a ICE PURE.

Attorney name (type or print): Laurence M. Sandell

Firm: Mei & Mark LLP

Street address: 818 18th Street NW

City/State/Zip: Washington, DC 20006

Bar ID Number: 989952
(See item 3 in instructions)

Telephone Number: 202-567-6417 x717

Email Address: lsandell@meimark.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | No |
| Are you acting as local counsel in this case? | No |
| Are you a member of the court's trial bar? | Yes |
| If this case reaches trial, will you act as the trial attorney? | Yes |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 15, 2021

Attorney signature: S/ Laurence M. Sandell
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015