

ICE water filer product　　　　　　　　　　　　　　　　　LG product

Explanatory note：

1. **The product structure is different，Please see the details**



2. **The product structure is different，Please see the details**



3. **The product structure is different，Please see the details**



4. The different picture,



5. **The product structure is different**, **Please see the details**

