

BEST BELVITA product                                                                 LG product

Explanatory note:

1. The product structure is different, Please see the details



2. The product structure is different, Please see the details



3. The product structure is different, Please see the details



4. The different picture,



5. The product structure is different, Please see the details

