## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LG ELECTRONICS INC. AND
LG ELECTRONICS ALABAMA, INC.,

                Plaintiffs,         CASE NO.: 2021-cv-2600

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN SCHEDULE A, D
_____/

### DECLARATION OF ZHANG PING

Pursuant to 28 U.S.C. §1746, under penalty of perjury, the undersigned, swears that the following statement is true and correct:

1. I represent the unknown Defendant, Dongyang Zhangping Leather Co,. Ltd., owner of the ASIN's ICE WATER FILTERS where we sell water filters and related products.

2. Amazon has become the world's most accessible and important retail outlet for the sale of consumer products.

3. My business, like most small businesses that rely on on-line sales, cannot survive without having access to Amazon for sales.

4. Currently, Amazon does not have an adequate process for resolving allegations of patent infringement. All that is required is that a patent owner file a complaint with Amazon and the product will be de-listed.

5. As a result, patent owners have an undue advantage by eliminating competition by the mere filing of a complaint with Amazon.

6. Amazon does not take into account the ramifications its process may have on the businesses that suffer from claims of infringement that are not valid.

7. LG has accused that our device infringes its design patent. However, our design is protected by its own US Patent, namely, US Patent No. D913,416S. A copy of the patent is attached as Exhibit A.

8. My company sells water filters, water filtration and purification units, and replacement cartridges. We are the authorized re-seller of water filter products under the BRINGPURE trademark, which is subject to U.S. Trademark Registration No. 6189668

1

for BRINGPURE, and we take allegations of infringement seriously. We have filed a Brand Registry Authorization form with Amazon for BRINGPURE. A copy of the US Trademark Registration is attached as Exhibit B.

9. We do not sell water filter products under the LG trademark, nor do we sell any products that infringe their respective design patents.

10. Our sales on Amazon of the allegedly infringing water filters comprise only about 1.6% of our sales, yet we are not able to sell our other products because LG has caused disruption with our other Amazon ASIN's.

11. Our funds have been frozen by Amazon resulting from LG's wrongful complaint, and the Court's Preliminary Injunction has resulted in freezing of assets that are wholly unrelated to the sales of the allegedly infringing products. Only 1.6% of sales are for the items complained of, yet all of our funds have been frozen.

12. My company has developed an impeccable reputation on Amazon through years of hard work and honest business practices.

13. It has taken a substantial dedication of resources to obtain the level of success that we enjoyed, and it was earned.

14. Success on Amazon can be fleeting, as an invalid accusation of patent infringement resulting in a de-listing of our product is essentially a death knell for our small business.

15. Amazon success results from the continued and uninterrupted presence, and is based on consumer acceptance and high ratings received from continuous customer satisfaction.

16. The invalid complaint filed by the LG against us has resulted in our product being de-listed, and has already caused such damage that money cannot compensate for it.

17. Specifically, we now have lost the continuity necessary to maintain our place on the Amazon platform by staying in the mind of the relevant consumer. The more we sell, and the 5 Star reviews we receive afford us the benefit of staying near the top of Amazon searches when the consumer is looking to purchase the type of water filter we sell.

18. Now, and as a result of an invalid allegation of design patent infringement, we have lost almost all of our orders, cannot sell on Amazon, will lose our Amazon Choice Badges, and will be forced to start the building process all over again, essentially from scratch.

19. This process will take years to re-capture unless we are able to receive assistance from the Court to maintain or re-establish the status quo. Continuity is the most important factor in maintaining the reputation we enjoy, and built through honest hard work.

20. We cannot continue to order inventory and to stock our store because of the uncertainty surrounding LG's invalid complaint of infringement. Thus, our inventory is very low, and we cannot dedicate resources to re-stocking when we are faced with Amazon freezing our sales assets, money used to replenish inventory.

21. We are fully invested in doing business in the United States, and we have never given any reason to believe that we will not participate in this legal process or otherwise answer the allegations made by LG.

22. We participate in the US market, and we do so by following US law, particularly, the laws related to intellectual property. Our water filter design is protected by a US Patent No.: D913,416S, and the latent was filed as far back as November 2018.

23. In the event that the Court deems our water filter to be infringing, we will be able to pay a monetary sum that satisfies the potential judgment we face.

24. We own ASIN B08CCQJZV8, for ICE WATER, and our gross sales has been $427,565.50, and the sales represent only 3.4% of the entire store sales. These sales are for our BRINGPURE water filter, and it is covered by "our" own US Patent No.: D913,416S. We have never sold a water filter that comprises LG's protected design.

25. We sell many other products not accused of infringement, and the injunction, coupled with Amazon interrupting our sales, has caused our business to come to a grinding halt.

26. We are losing money by the day, despite selling such a small amount of the allegedly infringing water filters.

27. If the injunction is lifted today, we still will have lost sales of nearly $194,979.00, despite selling none of the allegedly infringing water filters.

28. A comparison of the LG water filter and the allegedly infringing water filter we sell under the BRINGPURE trademark is compelling evidence of non-infringement.

29. Attached as Exhibit C is a comparison of the two products. The comparison demonstrates that the there are many differences between the two designs, and we have completed a series of comparisons for the Court to review. There is simply no likelihood that LG will prevail on the merits, as our water filter simply does not infringe.

30. Importantly, the water filter that we sell is also a protected design, and is subject to US Patent No. D913,416. We sell the water filter that is encompassed by the D913,416.

31. LG did not inform the Court that our water filter is protected by our own patent, but rather, lumped us with a series of other Defendants that LG found on the internet that may or may not be selling infringing articles.

32. Our problem now is that it takes approximately 115 days to replenish inventory, which is 25 days to manufacture, 90 days for logistics and Amazon processing.

33. Because we are afraid to continue making and shipping inventory because of an unwarranted threat of seizure, and the freezing of funds, we are at a standstill and losing time and money by the day.

34. We can recover if the injunction is lifted, though we will have lost a substantial amount of money regardless of the outcome.

**DECLARANT FURTHER SAYETH NAUGHT.**

Dated this 12th day of July, 2021.

By: _Zhang Ping_ 
　　　Zhang Ping