

September 28, 2021

Honorable Judge Mary W. Rowland
United States District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, IL 60604

**cc: All Counsel of Record via Electronic Service via Pacer**

> Re: LG Electronics, Inc. et al. v. The Partnerships and Unincorporated Associations Identified in Schedule A. (2021-CV-02600)
>
> Motion for Decision on Motion to Dissolve Restraining Order, or, in the alternative, Leave to file a Motion to Withdraw as Counsel

Honorable Judge Rowland:

The undersigned represents the Defendants Ice Water and Best Belvita in the above referenced matter. Our clients are rightfully upset that their business is still restrained while the other defendants have been released from the initial injunctions.

In sum, this is a letter motion seeking either a decision on our motion for relief from the initial injunction(s) or leave to move to withdraw as counsel because our client is no longer cooperating with our efforts.

This case was filed on or about May 13, 2021 as the result of an alleged patent infringement allegation brought by the Plaintiff against various Defendants, including our two (2) clients. On that same date, Plaintiff sought a temporary injunction [DE 7 and 8]. Your Honor entered the temporary restraining order on May 26, 2021 [DE 20]. Pursuant to Plaintiff's Motion to Extend *Ex Parte* it's Motion for Temporary Restraining Order [DE 23, 24], Your Honor once again granted same [DE 25]. Thereafter, on or about June 14th the Plaintiff then sought a preliminary injunction and an asset restraint which was granted on June 15, 2021. See [DE 27, 28, and 29] respectively.

1

Thereafter, various Defendants have had hearings on their motions to dissolve or lift the *ex parte* temporary restraining orders and preliminary injunctions. See [DE 37, 70] and their motions were granted:

| Date | # | Description |
|---|---|---|
| 06/17/2021 | 31 | MOTION by Defendants Express Parts !!!, GLACIERFRESH, Pureza Filters, kozero filter to seal *Portions of Defendants' Motion to Dissolve TRO and Preliminary Injunction* (Ni, Angus) (Entered: 06/17/2021) |
| 06/17/2021 | 32 | MOTION by Defendants Express Parts !!!, GLACIERFRESH, Pureza Filters, kozero filter Dissolve Ex Parte TRO and Preliminary Injunction (Attachments: # 1 Declaration Angus Ni in support of Motion to Dissolve, # 2 Declaration Huaping Wu in support of Motion to Dissolve, # 3 Exhibit A - Under Seal, # 4 Exhibit B - Under Seal, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E - Under Seal, # 8 Exhibit F - Under Seal)(Ni, Angus) (Entered: 06/17/2021) |
| 06/17/2021 | 33 | SEALED MOTION by Defendants Express Parts !!!, GLACIERFRESH, Pureza Filters, kozero filter *to Dissolve Ex Parte TRO and Preliminary Injunction* (Attachments: # 1 Declaration Huaping Wu in support of Motion to Dissolve, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit E, # 5 Exhibit F)(Ni, Angus) (Entered: 06/17/2021) |
| 06/17/2021 | 34 | MINUTE entry before the Honorable Mary M. Rowland: Hearing on Defendants' emergency motion to dissolve the ex parte TRO and preliminary injunction 32 33 is set for 6/17/21 at 3:00 PM. CST via video conference. Counsel of record will receive an email with a link to join the video conference prior to the hearing. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 650-479-3207 and the call-in ID is 1801732451. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Defendants' motion for leave to file under seal 31 is granted. Mailed notice. (dm, ) (Entered: 06/17/2021) |
| 06/17/2021 | 35 | MINUTE entry before the Honorable Mary M. Rowland: Webex motion hearing held. Plaintiff's counsel and defense counsel for defendants GLACIERFRESH, Pureza Filters, Express Parts !!! and kozero filter appeared via video conference. Plaintiff's oral motion for Cecilia Sanabria to appear pro hac vice is granted. Ms. Sanabria shall submit the appropriate motion as soon as practicable. For the reasons stated on the record, the court grants Defendants' emergency motion to dissolve the ex parte TRO and preliminary injunction 32 33. The court will lift the preliminary injunction for a period of 21 days. During that period, Plaintiffs are permitted to serve discovery and parties are encouraged to engage in informal discovery. If defendants cannot establish that they designed and built the allegedly infringing products within that 21 days period, the Court will reassess irreparable harm and reinstate the preliminary injunction against these defendants. Parties shall submit a proposed order to the court's proposed order mailbox at Proposed_Order_Rowland@ilnd.uscourts.gov by 4:30PM CST on 7/6/21. Status hearing set for 7/9/21 at 11:00am CST via video conference. By 7/6/21, parties shall confer and send one email to Courtroom Deputy, Dawn Moreno at Dawn_Moreno@ilnd.uscourts.gov identifying the email addresses of the individuals who intend to participate in the video conference. Counsel of record will receive an email with a link to join the video conference prior to the hearing. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 650-479-3207 and the call-in ID is 1801732451. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, ) (Entered: 06/17/2021) |
| 06/17/2021 | 36 | ATTORNEY Appearance for Defendants Uniwell Filter, Water Purity Expert, WaterdropDirect by Steven P. Mandell (Mandell, Steven) (Entered: 06/17/2021) |
| 06/17/2021 | 37 | ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO DISSOLVE THE EX PARTE TRO AND PRELIMINARY INJUNCTION. Signed by the Honorable Mary M. Rowland on 6/17/2021. Mailed notice. (dm, ) (Entered: 06/17/2021) |
| 06/25/2021 | 53 | MOTION by Defendants Uniwell Filter, Water Purity Expert, WaterdropDirect UNDER RULE 65 TO DISSOLVE EX PARTE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (Mandell, Steven) (Entered: 06/25/2021) |
| 06/25/2021 | 54 | MOTION by Defendants Uniwell Filter, Water Purity Expert, WaterdropDirect to seal (Mandell, Steven) (Entered: 06/25/2021) |
| 06/25/2021 | 55 | MEMORANDUM by Uniwell Filter, Water Purity Expert, WaterdropDirect in support of motion for miscellaneous relief 53 *MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION UNDER RULE 65 TO DISSOLVE EX PARTE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION* (Attachments: # 1 Declaration of Todd Tucker in Support of Motion to Dissolve, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19)(Mandell, Steven) (Entered: 06/25/2021) |
| 06/25/2021 | 56 | MOTION by Defendants Uniwell Filter, Water Purity Expert, WaterdropDirect for leave to file excess pages (Mandell, Steven) (Entered: 06/25/2021) |
| 06/25/2021 | 57 | SEALED DOCUMENT by Defendants Uniwell Filter, Water Purity Expert, WaterdropDirect *MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION UNDER RULE 65 TO DISSOLVE EX PARTE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION* (Attachments: # 1 Exhibit 19 to the Declaration of Todd Tucker)(Mandell, Steven) (Entered: 06/25/2021) |
| 06/28/2021 | 58 | MINUTE entry before the Honorable Mary M. Rowland: Motions to appear pro hac vice by Ashley J. Earle, Joshua A. Friedman, Todd Roberts Tucker, and Joshua M. Ryland 47 48 50 51 are granted. Counsel are reminded to become familiar with this court's local rules (including the rules requiring local counsel and describing this court's trial bar). Mailed notice. (dm, ) (Entered: 06/28/2021) |
| 06/28/2021 | 59 | MINUTE entry before the Honorable Mary M. Rowland: Defendants Uniwell Filter, Water Purity Expert, WaterdropDirect's motion to file under seal 54 and motion to exceed page limitation 56 are granted. Mailed notice. (dm, ) (Entered: 06/28/2021) |
| 06/28/2021 | 60 | MINUTE entry before the Honorable Mary M. Rowland: Hearing on Defendants' motion under rule 65 to dissolve ex parte temporary restraining order and preliminary injunction 53 is set for 7/1/21 at 10:00am. CST via video conference. By 6/30/21, parties shall confer and send one email to Courtroom Deputy, Dawn Moreno at Dawn_Moreno@ilnd.uscourts.gov identifying the email addresses of the individuals who intend to participate in the video conference. Counsel of record will receive an email with a link to join the video conference prior to the hearing. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 650-479-3207 and the call-in ID is 1801732451. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, ) (Entered: 06/28/2021) |
| 06/28/2021 | 61 | ATTORNEY Appearance for Defendants Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd., Top Pure (USA) Inc, W&L Trading LLC, Yunda H&H Tech (Tianjin) Co., Ltd. by Philip Andrew Riley (Riley, Philip) (Entered: 06/28/2021) |
| 06/28/2021 | 62 | MOTION by Defendants Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd., Top Pure (USA) Inc, W&L Trading LLC, Yunda H&H Tech (Tianjin) Co., Ltd. for extension of time to file answer (Riley, Philip) (Entered: 06/28/2021) |
| 06/29/2021 | 63 | MOTION FOR leave to file under seal (Attachments: # 1 Motion to Dissolve Ex Parte TRO and Preliminary Injunction, # 2 Public Memo in Support of Motion to Dissolve, # 3 Riley Declaration in Support of Motion, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit H, # 11 Exhibit H, # 12 Public Declaration of Fan, # 13 Public Declaration of Feng, # 14 Public Declaration of Jia, # 15 Public Declaration of Chen)(Riley, Philip) (Docket Text Modified by Clerk's Office) Modified on 7/1/2021 (acc, ). (Entered: 06/29/2021) |
| 06/29/2021 | 64 | SEALED MOTION by Defendants Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd., Top Pure (USA) Inc, W&L Trading LLC, Yunda H&H Tech (Tianjin) Co., Ltd. (Attachments: # 1 Declaration of Fan, # 2 Declaration of Feng, # 3 Declaration of Jia, # 4 Declaration of Chen)(Riley, Philip) (Entered: 06/29/2021) |
| 06/30/2021 | 65 | MINUTE entry before the Honorable Mary M. Rowland: Defendants Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd., Top Pure (USA) Inc., W&L Trading LLC, and Yunda H&H Tech (Tianjin) Co., Ltd.'s unopposed motion for extension of time 62 is granted. Defendants to respond by 8/2/21. Mailed notice. (dm, ) (Entered: 06/30/2021) |
| 07/01/2021 | 66 | MOTION by Defendants Water Purity Expert, Uniwell Filter, WaterdropDirect to dismiss *DEFENDANTS' MOTION UNDER RULE 12(b)(2) TO DISMISS FOR LACK OF PERSONAL JURISDICTION* (Mandell, Steven) (Entered: 07/01/2021) |
| 07/01/2021 | 67 | MEMORANDUM by Uniwell Filter, Water Purity Expert, WaterdropDirect in support of motion to dismiss 66 *MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION UNDER RULE 12(b)(2) TO DISMISS FOR LACK OF PERSONAL JURISDICTION* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Mandell, Steven) (Entered: 07/01/2021) |
| 07/01/2021 | 68 | MINUTE entry before the Honorable Mary M. Rowland: Webex motion hearing held. Plaintiff's counsel and defense counsel for defendants W&L Trading LLC d/b/a as AQUALINK; Top Pure (USA) Inc. d/b/a as ICE PURE; Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME- d/b/a GOLDEN ICEPURE ("Healthy Home"); and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS("PurePlus") Qingdao Ecopure Filter Co., Ltd., Qingdao Maxwell Commercial and Trading Company Ltd., and Qingdao Youniwei Trading Co., Ltd. appeared via video conference. For the reasons stated on the record, the court grants Defendants' motion to dissolve the ex parte TRO and preliminary injunction 53 64. Motion for leave to file under seal 63 is granted. The court will lift the preliminary injunction for a period of 28 days. During that period, Plaintiffs are permitted to serve discovery and parties are encouraged to engage in informal discovery. Plaintiff shall issue discovery to Defendants by 7/2/21. Defendants shall respond to discovery requests by 7/13/21. If defendants cannot establish that they designed and built the allegedly infringing products within that 28 days period, the Court will reassess irreparable harm and reinstate the preliminary injunction against these defendants. Parties shall submit a proposed order to the court's proposed order mailbox at Proposed_Order_Rowland@ilnd.uscourts.gov by 4:00PM today CST. Status hearing set for 7/29/21 at 11:00am CST via video conference. By 7/27/21, parties shall confer and send one email to Courtroom Deputy, Dawn Moreno at Dawn_Moreno@ilnd.uscourts.gov identifying the email addresses of the individuals who intend to participate in the video conference. Counsel of record will receive an email with a link to join the video conference prior to the hearing. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 650-479-3207 and the call-in ID is 1801732451. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, ) (Entered: 07/02/2021) |

To date, Defendants' Ice Water and Best Belvita Motion to Dissolve Temporary Restraining Order [DE 84], filed July 16, 2021, remains pending, with no ruling from the Court. See also, DE 112, DE 125 and 131.

| 07/16/2021 | 84 | MOTION by Defendant BEST BELVITA Motion to Dissolve TRO *Second Defendant ICE Water Filter* (Attachments: # 1 Exhibit Design Patent, # 2 Exhibit BRINGPURE Trademark, # 3 Exhibit BELVITA Trademark, # 4 Exhibit ICE Water Filter Comparison, # 5 Exhibit Best Belvita Comparison, # 6 Exhibit Ping Declaration, # 7 Exhibit Xiaodan Declaration)(Rosenbaum, Cory) (Entered: 07/16/2021) |
|---|---|---|
| 09/16/2021 | 149 | MOTION by Defendants BEST BELVITA, ICE water filter for hearing *on vacating TRO / Preliminary Injunction*, MOTION by Defendants BEST BELVITA, ICE water filter for preliminary injunction *to be dissolved* (Rosenbaum, Cory) (Entered: 09/16/2021) |

On September 16, 2021 Defendants Ice Water and Best Belvita filed a motion requesting a hearing on their pending motions [DE 149] and to date, the Court has not set a hearing or provided any relief.

Should the Court require any further information, or any matter it deems relevant, the parties shall remain as so Ordered.

Respectfully submitted,

*CJ Rosenbaum, Esq.*

Cory J. Rosenbaum, Esq.

3