### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS INC. AND <br> LG ELECTRONICS ALABAMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND <br> UNINCORPORATED ASSOCIATIONS <br> IDENTIFIED IN SCHEDULE A <br><br> Defendants. | CASE NO. 2021-CV-02600 <br><br> Mary Margaret Rowland |

### ORDER GRANTING DEFENDANTS
### ICE WATER & BEST BELVITA
### MOTIONS TO DISSOLVE THE EX PARTE TRO AND PRELIMNARY INJUNCTION

On October 29, 2021, the Court heard Defendants Ice Water and Best Belvita (together, "Moving Defendants") Motion to Dissolve the Ex Parte Temporary Restraining Order and Preliminary Injunction issued against them and their Amazon Seller accounts. After reviewing the motion and hearing oral argument from counsel for Moving Defendants and Plaintiffs LG Electronics Inc. and LG Electronics Alabama, Inc. (together, "Plaintiffs"), the Court hereby grants the motion and dissolves the Temporary Restraining Order and Preliminary Injunction with respect to the Moving Defendants only.

This Court further orders that:

1. Amazon.com shall immediately unfreeze and relist on Amazon.com the Moving Defendants' Amazon storefront accounts previously frozen by order of this court upon receipt of this Order, such that these storefronts shall immediately be active on Amazon.com and be able to conduct sales of all products listed within these storefronts, and;

2. Amazon.com shall immediately release all monies withheld from the Moving Defendants, and

IT IS SO ORDERED,

Dated: November 4, 2021

_____
Mary M. Rowland
United States District