IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS INC. AND<br>LG ELECTRONICS ALABAMA, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORTED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>*Defendants*. | Case No.: 1:21-cv-2600 |

## STIPULATION AND ORDER TO TRANSFER VENUE

WHEREAS, Plaintiffs LG Electronics Inc. and LG Electronics Alabama, Inc. (collectively "LGE" or "Plaintiffs") commenced this patent infringement litigation on or about May 13, 2021 by filing their Complaint (ECF 1) in this action, accusing numerous defendants listed on Schedule A of the Complaint of infringing LGE's patents; and

WHEREAS, among the Defendants named in Schedule A of the Complaint are W&L Trading LLC d/b/a as AQUALINK ("W&L"), Top Pure (USA) Inc. d/b/a as ICE PURE ("Top Pure"); Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS; and

WHEREAS, pursuant to a motion to transfer filed by Defendants W&L and Top Pure (ECF 81), this Court ordered, on November 29, 2021, that LGE's claims against Defendants W&L and Top Pure be severed from this case and transferred to the Central District of California (ECF 190); and

WHEREAS, pursuant to 28 U.S.C. §1404(a), LGE's claims against Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS could have been properly brought in the Central District of California; and

WHEREAS, LGE's claims against Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS are so closely related to LGE's claims against now-transferred Defendants W&L and Top Pure, because they pertain to the same accused infringing products, and involve much of the same facts and evidence, and the Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS Defendants are represented by the same counsel as the now-transferred W&L and Top Pure Defendants, such that for the convenience of the parties and witnesses, and in the interests of justice and judicial economy, LGE's claims against Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS would be best prosecuted in the Central District of California in conjunction with LGE's claims against ordered-to-be-transferred Defendants W&L and Top Pure; and

WHEREAS, in accordance with 28 U.S.C. §1404(a) and (b), LGE and Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS consent to the transfer of LGE's claims against Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS to the Central

District of California, along with LGE's claims against now-transferred Defendants W&L and Top Pure;

IT IS HEREBY STIPULATED AND AGREED, that LGE's claims against Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS in this matter be, and hereby are, severed from this case, and transferred to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §1404(a) and (b); and

IT APPEARING TO THE COURT that such transfer of venue is appropriate, prudent and warranted; therefore

IT IS HEREBY ORDERED that the Clerk is directed to sever the claims against Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS from this case and to transfer those claims against Tianjin Tianchuang Best Pure Environmental Science and Technology Co., Ltd. d/b/a as HEALTHY HOME, and Yunda H&H Tech (Tianjin) Co., Ltd. d/b/a as PUREPLUS to the United States District Court for the Central District of California, in conjunction with the transfer of Plaintiffs' claims against W&L and Top Pure as ordered in ECF 190.

DATED: December 17, 2021

Respectfully submitted,

　　*/s/ Cecilia Sanabria*
VIA LEGAL, LLC
Vladimir I. Arezina (IBN 6276348)
vladimir@arezina.com
1237 W. Madison St.
Chicago, IL 60607
Telephone: (312) 574-3050

FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, LLP
Parmanand K. Sharma (*pro hac vice)*
anand.sharma@finnegan.com
Cecilia Sanabria (*pro hac vice*)
cecilia.sanabria@finnegan.com
Aidan C. Skoyles (*pro hac vice*)
aidan.skoyles@finnegan.com
J. Preston Long (*pro hac vice*)
j.preston.long@finnegan.com
Kelly C. Lu (*pro hac vice*)
kelly.lu@finnegan.com
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, LLP
Charles H. Suh (*pro hac vice*)
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

*Counsel for Plaintiffs*
*LG Electronics Inc. and*
*LG Electronics Alabama, Inc.*

　　*/s/ Laurence M. Sandell*
P. Andrew Riley (Trial Bar No. 65871)
ariley@meimark.com
Laurence M. Sandell (Trial Bar No. 989952)
lsandell@meimark.com
MEI & MARK LLP
818 18th Street NW, Suite 410
Washington, DC 20006
Telephone: 888-860-5678
Facsimile: 888-706-1173

*Counsel for Defendants W&L Trading LLC;*
*Top Pure (USA) Inc; Tianjin Tianchuang Best*
*Pure Environmental Science and Technology*
*Co., Ltd.; and Yunda H&H Tech (Tianjin)*
*Co., Ltd.*

**SO ORDERED this 3rd day of January, 2022.**

_____
The Honorable Mary M. Rowland
United States District Judge

4