

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 1/4/22

Clerk of Court
United States District Court
Central District of California

Re: LG Electronics Inc. v Partnerships and unincorporated Associations Identified in Schedule A

USDC Case Number: 21cv2600

Dear Clerk:

Pursuant to the order entered by Honorable **Mary M. Rowland**, on 1/3/2022, the above record was

        X    electronically transmitted to Central District of California

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely,
    Thomas G. Bruton, Clerk

    By:    /s/ G, Young
            Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016