# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

LG Electronics Inc., et al.

                                                                     Plaintiff,

v.

                                                                       Case No.: 1:21−cv−02600

                                                                       Honorable Mary M. Rowland

Partnerships and unincorporated Associations Identified in Schedule A, et al.

                                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 21, 2022:

       MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Plaintiffs' counsel and counsel for defendants Pureza/Kozero, and Ecopure appeared telephonically. Counsel for BEST BELVITA failed to appear. Attorney Goodwin appeared as pro hac vice counsel for the Plaintiffs. Mr. Goodwin is directed to file a motion for leave to appear pro hac vice by 1/26/22. Based on the representation from Plaintiffs' counsel that the ITC has issued a Notice of investigation and has assigned the matter to an ALJ, pursuant to 28 USC Sec 1659, this matter is stayed. Pureza/Kozero Defendants' motion to stay [212] is granted. The court strikes the hearing set for 1/28/22 on Plaintiffs' renewed motion for preliminary injunction and stays briefing on the Ecopure Defendants' Rule 11 motion, over the Ecopure defendants' objection. In light of the stay, the court denies without prejudice Plaintiffs' renewed motion for a preliminary injunction [183]. The plaintiffs will be permitted to refile a motion for injunctive relief at a future date if appropriate. Parties shall file a written status report by 9/30/22. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.