**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

LG Electronics Inc., et al.

|  | Plaintiff, |
|---|---|

v.

Case No.:
1:21−cv−02600

Honorable Mary M. Rowland

Partnerships and unincorporated Associations
Identified in Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 12, 2022:

MINUTE entry before the Honorable Mary M. Rowland: Joint motion to dismiss [227] is granted. All LGE claims asserted against Express Parts are dismissed WITH PREJUDICE and all Express Parts counterclaims asserted against LGE are dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees and costs. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.