IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELECTRONICS INC. AND<br>LG ELECTRONICS ALABAMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Case No. 1:21-cv-2600<br><br>Judge: Mary M. Rowland<br><br>Magistrate Judge: Heather K. McShain |

**JOINT STATUS REPORT**
**PURSUANT TO ECF NO. 236**

Pursuant to this Court's May 12, 2023 Order (ECF No. 236), Plaintiffs LG Electronics Inc. and LG Electronics Alabama, Inc. (collectively "LGE") and remaining defendants Shenzen Hangling E-Commerce Co., Ltd. d/b/a BEST BELVITA ("BEST BELVITA"), and ICE Water Filter ("ICE") hereby submit this joint status report regarding Investigation No. 337-TA-1290 ("1290 Investigation") before the U.S. International Trade Commission (the "Commission").

The Commission's Final Initial Determination ("Final ID"), Limited Exclusion Order (LEO) and Cease and Desist Orders (CDOs) were sent to the President on April 11, 2023, and became subject to a 60-day Presidential Review Period. *See* Ex. A. As the President did not disapprove the Commission's Final ID by the end of the 60-day review period, the decision became a final decision. 19 U.S.C. § 1337(j)(4) ("If the President does not disapprove such determination within such 60-day period, or if he notifies the Commission before the close of such period that he

approves such determination, then, for purposes of paragraph (3) and subsection (c) such determination shall become final on the day after the close of such period or the day on which the President notifies the Commission of his approval, as the case may be").

Here, the 60-day Presidential Review Period expired on or around June 11, 2023, and the President did not disapprove the Commission's Final ID. As such, the Final ID became a final determination on or around June 12, 2023, and therefore appealable. Pursuant to 19 U.S.C. § 1337(j)(4), the defaulted respondents adversely affected by the Commission's Final ID may file an appeal to the Court of Appeals for the Federal Circuit within 60 days of the decision becoming final.[1]

**Status of the Remaining Defendants**

BEST BELVITA and ICE were served with the Commission's Final ID (Ex. B), the Limited Exclusion Order (Ex. C) and respective Cease and Desist Orders (Ex. D-BEST BELVITA, Ex. E-ICE) on April 27, 2023. As noted above, the time for appeal of the Commission's Final ID to the United States Court of Appeals for the Federal Circuit has not yet run; and, currently, no appeal of the Commission's Final ID has been filed.

---

[1] The previous status report (ECF No. 235), incorrectly stated the deadline for filing an appeal to be June 12, 2023, whereas that date was when the determination became appealable.

| | |
|---|---|
| Dated: June 22, 2023 | Respectfully Submitted,<br><br>By: */s/ R. Tyler Goodwyn*<br><br>Zeke Katz (SBID 6317470)<br>zeke.katz@bclplaw.com<br>Bryan Cave Leighton Paisner LLP<br>161 North Clark Street<br>Suite 4300<br>Chicago, IL 60601<br>Telephone: 312-602-5000<br>Facsimile: 312-602-5050<br><br>R. Tyler Goodwyn (*pro hac vice*)<br>tyler.goodwyn@bclplaw.com<br>Bryan Cave Leighton Paisner LLP<br>1155 F Street NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: 202-508-6000<br>Facsimile: 202-508-6200<br><br>*Counsel for Plaintiffs LG Electronics Inc., and LG Electronics Alabama, Inc.*<br><br>By: */s/ Adam Urbanczyk*<br><br>Adam Urbanczyk (SBID 6301067)<br>adamu@au-llc.com<br>AU LLC<br>564 W. Randolph St. 2nd Floor<br>Chicago, IL 60661<br>Telephone: 312-715-7312<br><br>*Counsel for ICE Water Filter and BEST BELVITA* |