IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS INC. AND LG ELECTRONICS ALABAMA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| Defendants. | ) |

Case No. 1:21-cv-2600

Judge: Mary M. Rowland

Magistrate Judge: Heather K. McShain

**Motion for Leave to Withdraw Appearance of Clayton Faits**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs LG Electronics Inc. and LG Electronics Alabama, Inc., hereby respectfully move this court for leave to withdraw the appearance of Clayton Faits as one of the attorneys of record in this matter. Mr. Faits's withdrawal will cause no delay, as LG Electronics Inc. and LG Electronics Alabama, Inc. will continue to be represented by other counsel with appearances on file.

WHEREFORE, LG Electronics Inc. and LG Electronics Alabama, Inc. respectfully request that Mr. Faits's appearance as counsel of record be withdrawn.

Date: August 22, 2023 /s/ Clayton Faits

                                        Clayton Faits
                                        SPERLING & SLATER, LLC
                                        55 W. Monroe, Suite 3200
                                        Chicago, IL 60603
                                        Phone: (312) 641-3200
                                        cfaits@sperling-law.com

                                        *Counsel for Plaintiffs LG Electronics Inc.*
                                        *and LG Electronics Alabama, Inc.*